UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| JONATHAN SALADA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 2:16-cv-00032 |
| PUTNAM COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) ) ) | CHIEF JUDGE CRENSHAW |
| Defendants. | ) | |

# ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 88.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendant Southern Health Partners' ("SHP") Motion to Dismiss for Failure to State a Claim (Doc. No. 53) is **DENIED**. Defendant SHP shall serve an answer to the Amended Complaint within **twenty-one (21) days** of entry of this Order on the docket sheet. The motion for summary judgment of Defendants Putnam County Sheriff's Department and Jamie Emmerton (Doc. No. 62) is **GRANTED** as to Salada's claims against the Sheriff's Department and Jamie Emmerton. To the extent that the Sheriff's Department and Emmerton argue that summary judgment is appropriate on Salada's claims against Defendants SHP, Kenneth Matthews, Jr., Daniel Coburn, Deborah Deck, and Jessica Reagan, this motion is **DENIED WITHOUT PREJUDICE** because the record does not reflect that Defendants SHP, Matthews, Coburn, Deck,

and Reagan adopted or incorporated the motion. All claims against the Putnam County Sheriff's Department and Jamie Emmerton are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE