UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT COOKEVILLE

| | |
|---|---|
| JONATHAN SALADA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 2:16-CV-00032 |
| ) | |
| PUTNAM COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Samuel Jonathan Salada and Tammy Lea Salada, as next of kin and parents of Plaintiff Jonathan Salada, give notice pursuant to Fed. R. Civ. P. 25(a) that Plaintiff Jonathan Salada is now deceased and they hereby move the Court to dismiss this action against each of the named defendants.

Respectfully submitted,

_____/s/ Hal Hardin_____
Hal Hardin (#003101)
Hardin Law Office
211 Union Street, Suite 200
Nashville, TN 37201
Tel.: 615/369-3377
Fax: 615/369-3344
hal@hardinlawoffice.com

/s/ Cynthia Chappell
Cynthia Chappell (TN#016028)
211 Union Street, Suite 200
Nashville, TN 37201
Tel.: 615/620-3272
Fax: 615/369-3344
cindy@chappelllawoffices.com
*Attorneys for Samuel Salada and Tammy Lea Salada, as next of kin to Jonathan Salada*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was electronically filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Hal Hardin
Hal Hardin