IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN SALADA, | ) | |
| BOP #00564095, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-0032 |
| | ) | Chief Judge Crenshaw |
| v. | ) | Magistrate Judge Brown |
| | ) | Jury Demand |
| PUTNAM COUNTY SHERIFF'S DEPT., | ) | |
| SERGEANT JAMIE EMMERTON, | ) | |
| SOUTHERN HEALTH PARTNERS, INC., | ) | |
| DANIEL S. COBURN, LPN, | ) | |
| DEBORAH A. DECK, LPN-MTA, | ) | |
| JESSICA R. REAGAN, LPN, and | ) | |
| DR. KENNETH MATHEWS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the notice filed on August 2, 2017, pursuant to Fed. R. Civ. P. 25(a) (Docket Entry 96) that the pro se Plaintiff, Jonathan Salada, is now deceased and the next of kin, Plaintiff's parents, no longer wish to pursue this matter.

And it further appearing to the Court, as evidenced by the Joint Motion to Dismiss filed by the Defendants, Southern Health Partners, Inc., Daniel S. Coburn, LPN, Deborah A. Deck, LPN-MTA, Jessica R. Reagan, LPN, and Dr. Kenneth Mathews (the "SHP Defendants") and Samuel Jonathan Salada and Tammy Lea Salada, as next of kin and parents of the Plaintiff Jonathan Salada, deceased (the "Parents"), that (1) the Parents are the next of kin of Jonathan Salada, (2) that there are no other individuals who are or who could claim to be next of kin of Johnathan Salada, and (3) that at least one Parent is expected to be appointed personal representative of the Estate of Jonathan Salada. And it further appearing to the Court that the

1

SHP Defendants waive any objection to dismissal by the Parents of the claims of Jonathan Salada, deceased, against the SHP Defendants without formal substitution of the parties pursuant to Fed. R. Civ. P. 25(a);

It is therefore **ORDERED** that the Joint Motion to Dismiss be, and hereby is, GRANTED;

It is further **ORDERED** that the claims of Jonathan Salada against the SHP Defendants be, and hereby are, DISMISSED;

It is further **ORDERED** that this action be, and hereby is, DISMISSED.

IT IS SO ORDERED.

_____
**WAVERLY D. CRENSHAW JR.**
**UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY:**

**REID LEITNER LAW GROUP, PLLC**

**By:** s/Reid D. Leitner
     **Reid D. Leitner, Esq.**
     BPRN 16187
     **Matthew E. McGraw, Esq**.
     BPRN 32257
     201 Fourth Avenue North, Suite 1470
     Nashville, Tennessee 37219
     Tel.:  (615) 933-7900
     Fax:  (629) 888-4185

     Attorneys for Defendants
     Southern Health Partners, Inc., et al.

**HARDIN LAW OFFICE**

Signed with Permission
by Reid D. Leitner

**By:** s/Hal Hardin
     **Hal Hardin, Esq.**
     BPRN 3101
     211 Union Street, Suite 200
     Nashville, Tennessee 37219
     Tel.:  (615) 369-3377
     Fax:  (615) 369-3344
     hal@hardinlawoffice.com

     Attorneys for Samuel Salada and
     Tammy Lea Salada, as Next of Kin to Jonathan Salada

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of ***Order of Dismissal*** has been forwarded by electronic means via the Court's electronic filing system, and by U.S. Mail to:

    Hal Hardin, Esq.        By U.S. Mail
    HARDIN LAW OFFICE
    211 Union Street, Suite 200
    Nashville, Tennessee 37201

    Cynthia Chappell, Esq.      By U.S. Mail
    211 Union Street, Suite 200
    Nashville, Tennessee 37201

    Daniel H. Rader, III, Esq.
    MOORE, RADER, FITZPATRICK & YORK, P.C.
    P.O. Box 3347
    Cookeville, Tennessee 38502

This the 22th day of August, 2017.

               By:  s/Reid D. Leitner
                   **Reid D. Leitner**

S:\Salada\Pleadings\SHPDismiss.ord.doc